JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW STEVE MOLINA, | ) | NO. CV 21-8944-SB(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Denying Request for Extension of Time," this action is dismissed without prejudice.

DATED: November 18, 2021.

*[signature]*

STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE